United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIX, INC.**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**ALFA CONSULT, S.A.,**<br><br>    **Defendant.** | **Case No.: 15-cv-00981**<br><br>**ORDER DIRECTING PLAINTIFF CALIX, INC.<br>TO FILE WRITTEN RESPONSE** |

On July 9, 2015, after Magistrate Judge Joseph C. Spero issued his Report and Recommendation on Plaintiff Calix, Inc.'s Motion for Default Judgment, and after entry of the Order Reassigning Case to the undersigned, a letter was received and filed on the docket indicating that it was from "B. Zuhdy, Director" of Defendant Alfa Consult SA, from its address in Luxembourg. (Dkt. No. 33, "Letter.")

The Court **DIRECTS** Plaintiff Calix, Inc. to file a written response to the Letter, including a statement of its position on the effect of the Letter on the pending Report and Recommendation, no later than **July 27, 2015**.

    **IT IS SO ORDERED.**

Dated: July 20, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**