**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIX, INC.**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**ALFA CONSULT, S.A.,**<br><br>　　　**Defendant.** | Case No.: 15-cv-00981<br><br>**JUDGMENT** |

　　　The issues in this action have been duly considered it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff Calix recover from defendant Alfa Consult the damages resulting from defendant's breach of contract of $120,805.50 for two unpaid invoices; prejudgment interest totaling $28,981.24; attorney's fees and costs totaling $15,233.65; for a total judgment in the amount of $165,020.39, and accrual of post-judgment interest.

　　　**IT IS SO ORDERED.**

Dated: July 28 , 2015

_____
　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　**UNITED STATES DISTRICT COURT JUDGE**